AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN District of ILLINOIS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| LONNIE L. MANN | Case Number:   4:02CR40068-001-GPM |
| | USM Number:   06063-025 |
| | Steve Welby |
| | Defendant's Attorney |

**FILED NOV 15 2010 G. PATRICK MURPHY SOUTHERN DISTRICT JUDGE BENTON, DISTRICT OF ILLINOIS**

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  Statutory, Standard, Special   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed another crime | 4/1/2010 |
| Statutory | Defendant illegally possessed a controlled substance | 8/15/2009 |
| Standard #2 | Defendant failed to file timely written reports | 5/1/2010 |
| Special | Defendant failed to participate in substance abuse treatment/testing | 6/15/2010 |

   The defendant is sentenced as provided in pages 2 through __2__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: | ***-**-2176 | 11/15/2010 |
|---|---|---|
| | | Date of Imposition of Judgment |
| Defendant's Date of Birth: | **-**-1962 | |
| | | *G. Patrick Murphy* (signature) |
| | | Signature of Judge |
| Defendant's Residence Address: | | |
| City: Carrier Mills | | |
| State: IL | | Hon. G. Patrick Murphy, U. S. District Judge |
| | | Name and Title of Judge |
| | | 11/15/10 |
| | | Date |
| Defendant's Mailing Address: | | |
| SAME | | |

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page  2

DEFENDANT:       LONNIE L. MANN
CASE NUMBER:     4:02CR40068-001-GPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**1 year and one day on Cts. 1, 2 & 3, to run concurrently**

☒ The court makes the following recommendations to the Bureau of Prisons:

That defendant be housed as close to home as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL